AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Tunheim, John R. | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

15 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Norwegian-American Historical Association (nonprofit organization) |
| 2. | Director | Federal Bar Association, Minnesota Chapter |
| 3. | Advisor, Chair | Advisory Board to the Hubert H. Humphrey School of Public Affairs at the University of Minnesota |
| 4. | Regent, Chair | Concordia College, Moorhead, MN |
| 5. | Member | National Advisory Council for Concordia Language Villages, Concordia College, Moorhead, MN |
| 6. | Board Member | Board of Advisors, University of Minnesota Law School, Minneapolis, MN |
| 7. | Member | Minnesota Law Review Alumni Advisory Board, University of Minnesota Law School |
| 8. | Council Member | Govt & Public Sector Lawyers Division, American Bar Association |
| 9. | Council Member, Chair | Central and European and Eurasian Law Initiative, American Bar Association |
| 10. | Board Member | Rule of Law Iniative Council, American Bar Association |
| 11. | Co-Chair | The Fellows of the American Bar Foundation, American Bar Foundation -- Minnesota Chapter |
| 12. | Board Member and Chair | The Oslo Center for Peace and Human Rights-U.S. Foundation |
| 13. | Member | Board of Trustees for the Oslo Center for Peace and Human Rights - Norway |
| 14. | Board Member | The RAND Institute for Civil Justice |
| 15. | Board Member | Duke Law Center for Judicial Studies Board |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. January 1 | Conservation Reserve Program, Farm Service Agency, USDA | $9,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self employed Public Relations Consultant |
| 2. 2016 | Landscape Structures Inc., Delano, MN (Board Member compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Government & Public Sector Lawyers Division | Feb. 5-7 | San Diego, CA | Council meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Rule of Law Iniative | Oct. 29 - Nov 1; Dec. 12-14 | Washington, Dc | Board Meeting | Transportation, meals and lodging |
| 3. | Tulane University | April 25-27 | New Orleans, LA | Lecture (speaker) | Transportation and lodging |
| 4. | CEELI Institute | June 13-19 | Prague, Czech Republic | Conference (speaker) | Transportation, meals and lodging |
| 5. | International Foundation for Electoral Systems | June 3-8 | Mandalay, Myanmar | Conference (speaker) | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tunheim, John R. | 05/15/2017 |

| | | | | |
| --- | --- | --- | --- | --- |
| 6. | Earl E. O'Connor Inn of Court | Mar. 9-10 | Kansas City, KS | Meeting (speaker) | Transportation, meals and lodging |
| 7. | American Bar Foundation | May 30 - June 1 | Rome, Italy | Forum (speaker) | Transportation, meals and lodging |
| 8. | World Bank | Nov. 17-18 | Washington, DC | Conference (speaker) | Transportation, meals and lodging |
| 9. | Hawaii Federal Bar Association | Nov. 17-18 | Washington, DC | Conference (speaker) | Transportation, meals and lodging |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | A | Int./Div. | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | A | Int./Div. | M | T | | | | | |
| 4. Wells Fargo Bank Accounts | A | Interest | K | T | | | | | |
| 5. Schwab Bank Deposit | A | Interest | J | T | | | | | |
| 6. American Funds: American Balanced Fund C1 F | D | Dividend | M | T | Buy (add'l) | 01/22/16 | J | | |
| 7. | | | | | Sold (part) | 10/18/16 | J | A | |
| 8. American Funds: Washington Mutual Investors | | None | | | Buy (add'l) | 01/22/16 | J | | |
| 9. | | | | | Sold | 03/17/16 | K | D | |
| 10. PRIMECAP Odyssey Stock | | None | | | Sold | 03/17/16 | K | | |
| 11. Hartford MidCap C1 I | | None | | | Sold | 03/17/16 | K | | |
| 12. American Funds: Capital World Growth & Income | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 13. | | | | | Sold | 03/17/16 | L | D | |
| 14. Vanguard Selected Value Fund Inv | | None | | | Buy (add'l) | 01/22/16 | J | | |
| 15. | | | | | Sold | 03/17/16 | K | B | |
| 16. Vanguard Strategic SmallCap Equity Inv | A | Dividend | K | T | Sold (part) | 03/17/16 | J | | |
| 17. American Funds: New World Fund | A | Dividend | J | T | Buy (add'l) | 01/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. BlackRock Global Allocation C1 A | B | Dividend | L | T | Buy<br>(add'l) | 01/22/16 | J | | |
| 19. | | | | | Buy<br>(add'l) | 03/17/16 | K | | |
| 20. | | | | | Buy<br>(add'l) | 03/21/16 | J | | |
| 21. Schwab Bank Deposit (IRA) | A | Interest | J | T | | | | | |
| 22. American Funds: Growth Fund of America | B | Dividend | K | T | | | | | |
| 23. American Funds: Investment Co. of America C1 R3 | B | Dividend | K | T | | | | | |
| 24. American Funds: EuroPacific Growth Fund | A | Dividend | K | T | | | | | |
| 25. American Funds: American Balanced C1F | B | Dividend | K | T | Buy | 03/17/16 | K | | |
| 26. American Funds: American Balanced C1 R3 | B | Dividend | K | T | | | | | |
| 27. Fidelity Balanced Fund | B | Dividend | K | T | Buy | 03/17/16 | K | | |
| 28. James Balanced Golden Rainbow Fund | B | Dividend | L | T | Buy | 03/17/16 | K | | |
| 29. American Funds: Bond Fund of America | A | Dividend | K | T | | | | | |
| 30. American Funds: Bond Fund of America Cl a [edj] | A | Dividend | J | T | | | | | |
| 31. American Funds: Capital Incom Bldr Fund A [edj] | A | Dividend | J | T | | | | | |
| 32. American Funds: Capital World Grw & Inc Fund A[edj] | A | Dividend | J | T | | | | | |
| 33. American Funds: Washington Mutual Invs Fd Cl A [edj] | A | Dividend | J | T | | | | | |
| 34. Thrivent Financial for Lutherans: Deferred Income | A | Interest | | | Closed | 12/30/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. farmland, Marshall County, MN | D | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. Non-Investment Income. Although payment is from the Federal Government, I am listing payment received from the Conservation Reserve Program, Farm Service Agency, USDA in this section as well section VII. I contacted the Financial Disclosure Office for direction on how to report the payments on this years FDR, but had not received a response. So I have listed the CRP payments in both sections III and VII.

VII. Investments and Trusts. Line 35 has been reported on previous reports but there has been no income. This year I entered into an agreement with the Conservation Reserve Program, Farm Service Agency, USDA, and receive income. The "Type" of income listed does not describe these payments, so I selected "RENT". I contacted the Financial Disclosure Office for direction on how to report the payments on this years FDR, but had not received a response. So I have listed the CRP payments in both sections III and VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Tunheim**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544